**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DEANGELO WAYNE ROSS, | ) | NO. CV 12-4798-GHK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| KERN VALLEY STATE PRISON WARDEN, M. BITER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED:     12/13     2013.

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE